## GENERAL COURT, MAY TERM, 1802.

NORWOOD *vs*. SHIPLEY.

TRESPASS *Q. C. F.* Plots made and returned.

THE COURT in this cause determined that the plaintiff must show title to the land on which he charges the trespass to be committed, or he must show that he was in the actual possession of the place where the

The plaintiff to recover in an action of trespass must show title or that he was in the actual possession of the place where &c. when, &c.

trespass was committed, at the time when it was committed.

*Ridgely*, *Mason* and *Shaaff*, for Plaintiff.

*Martin*, (Attorney General,) and *W. Dorsey*, for Defendant.